**Earnest Eugine DOZIER, alias Son Dozler, v. STATE.**

No. 24516.

Court of Criminal Appeals of Texas.

Nov. 9, 1949.

None on appeal.

George P. Blackburn, State's Atty., of Austin, for the State.

HAWKINS, Presiding Judge.

Appellant was convicted of burglary and his punishment assessed at two years in the penitentiary.

Appeal was perfected to this court. Appellant now files his affidavit advising the court that he does not further desire to prosecute his appeal, and at appellant's request the same is dismissed.

LATIMER v. STATE.

No. 24443.

Court of Criminal Appeals of Texas.

Oct. 26, 1949.

None on appeal.

George P. Blackburn, State's Atty., of Austin, for the State.

GRAVES, Judge.

Appellant was convicted for the offense of unlawfully operating a motor vehicle upon a public highway while his State Operator's License to operate a motor vehicle was suspended. His punishment was assessed at a fine of $25.

All matters of procedure appear regular. The record is before this court without a statement of facts or bills of exception, in the absence of which no question is presented for review.

The judgment of the trial court is affirmed.

Melvin MINICA v. STATE.

No. 24475.

Court of Criminal Appeals of Texas.

Nov. 9, 1949.

None on appeal.

George P. Blackburn, State's Atty., of Austin, for the State.

KRUEGER, Judge.

The offense is aggravated assault and battery. The punishment assessed is confinement in the county jail for a period of forty-five days and a fine of $500.

Appellant has filed in this court a verified motion in which he states that he does not desire to further prosecute his appeal herein and requests this court to dismiss the same.

The motion is granted and the appeal is dismissed.

Opinion approved by the Court.